No. 543.   MERRILL *v.* UNITED STATES.   January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. James W. Ryan* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. M. Leo Looney, Jr.,* for the United States.

No. 547.   WILLEY, ADMINISTRATOR, ET AL. *v.* HOBBS, WALL & Co.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. H. W. Hutton* for petitioners.   *Mr. Ira S. Lillick* for respondent.

No. 558.   PERSONAL FINANCE COMPANY OF COUNCIL BLUFFS *v.* GILINSKY FRUIT Co. ET AL.   January 7, 1935. Petition for writ of certiorari to the Supreme Court of Nebraska denied.   *Mr. David J. Gallert* for petitioner. No appearance for respondents.

No. 559.   FIDELITY & DEPOSIT Co. *v.* PEOPLES BANK OF SANFORD ET AL.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Messrs. Isaac C. Wright* and *A. L. Brooks* for petitioner.   *Messrs. Clawson L. Williams, Kenneth R. Hoyle,* and *Edwin L. Gavin* for respondents.

No. 868 (October Term, 1933).   OHIO ET AL. *v.* UNITED STATES ET AL.   On pe-